IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sekema Gentles,                    :

           Appellant         :

                             :

          v.              :   No. 452 C.D. 2017

                             :

City of Philadelphia, Matthew Kalita,   :

Thomas Hayes, and Linda Green     :

## **O R D E R**

NOW, April 18, 2019, having considered appellant's application for reconsideration/reargument and appellees' answer in response thereto, the application is denied.

<br>

                                          

                           MARY HANNAH LEAVITT,
                           President Judge